IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KATHRYN AND RILEY RICE                                    PLAINTIFFS

VS.                                                                    No. 4:06CV54-D-B

THE EQUITABLE VARIABLE LIFE
INSURANCE COMPANY., ET. AL.                                DEFENDANTS

ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Plaintiffs' motion to remand (docket entry 16) is GRANTED; and

(2)     this cause is hereby REMANDED to the Circuit Court of Sunflower County, Mississippi.

SO ORDERED, this the 31st day of July 2006.

                                                                   /s/ Glen H. Davidson
                                                                   Chief Judge